# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 15-5015**  **September Term, 2015**

FILED ON: FEBRUARY 9, 2016

AMERICAN HOSPITAL ASSOCIATION, ET AL.,
    APPELLANTS

v.

SYLVIA MATHEWS BURWELL, IN HER OFFICIAL CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES,
    APPELLEE

Appeal from the United States District Court
for the District of Columbia
(No. 1:14-cv-00851)

Before: TATEL, KAVANAUGH, and SRINIVASAN, *Circuit Judges*

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby reversed and the case is remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/

Ken Meadows
Deputy Clerk

Date: February 9, 2016

Opinion for the court filed by Circuit Judge Tatel.