UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN HOSPITAL ASSOCIATION, *et al.*,

    Plaintiffs,

    v.

SYLVIA M. BURWELL, in her official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES,

    Defendant.

Civil Action No. 14-851 (JEB)

## ORDER

As set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiffs' Motion for Summary Judgment is GRANTED;

2. Defendant's Motion for Leave to File Reply is GRANTED;

3. Defendant's Cross-Motion for Summary Judgment is DENIED;

4. Defendant must achieve the following reductions from the current backlog of cases pending at the ALJ level: 30% by December 31, 2017; 60% by December 31, 2018; 90% by December 31, 2019; and 100% by December 31, 2020; and

5. Defendant shall file status reports with the Court every 90 days.

**SO ORDERED.**

                                /s/ *James E. Boasberg*
                                JAMES E. BOASBERG
                                United States District Judge

Date:  December 5, 2016