UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN HOSPITAL ASSOCIATION, *et al.*, <br><br>             Plaintiffs, <br>v. <br><br>NORRIS W. COCHRAN, in his official capacity as ACTING SECRETARY OF HEALTH AND HUMAN SERVICES, <br><br>             Defendant. | Civil Action No. 14-cv-00851 (JEB) |

**NOTICE OF APPEAL**

Notice is hereby given this 30th day of January, 2017, that the Defendant, Norris W. Cochran, in his official capacity as Acting Secretary of Health and Human Services,[1] hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order (ECF No. 47) and Memorandum Opinion (ECF No. 48) of this Court, entered on the 5th day of December, 2016, granting the Plaintiffs' Motion for Summary Judgment, denying the Defendant's Cross-Motion for Summary Judgment, and ordering the Defendant to take the actions described in paragraphs 4 and 5 of the Order, as well as from all other opinions, orders, and rulings in this action, including, but not limited to the Order (ECF No. 52) of this Court, entered on the 4th day of January, 2017, denying the Defendant's Motion for Reconsideration.

Respectfully submitted,

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Acting Secretary Cochran is substituted in his official capacity as the defendant in this action.

|  |  |
|---|---|
|  | CHAD A. READLER<br>Acting Assistant Attorney General |
|  | JOEL McELVAIN<br>Assistant Director, Federal Programs Branch |
| Of Counsel:<br>JEFFREY S. DAVIS<br>Acting General Counsel<br>JANICE L. HOFFMAN<br>Associate General Counsel<br>SUSAN MAXSON LYONS<br>Deputy Associate General<br>Counsel for Litigation<br>KIRSTEN FRIEDEL RODDY<br>Attorney<br>United States Department of Health<br>and Human Services | */s/ Caroline Lewis Wolverton*<br>CAROLINE LEWIS WOLVERTON<br>Senior Trial Counsel, Federal Programs Branch<br>D.C. Bar No. 496-433<br>U.S. Department of Justice<br>Civil Division<br>P.O. Box 883<br>Washington, D.C. 20001<br>Tel. (202) 514-0265<br>Fax (202) 616-8470<br>caroline.lewis-wolverton@usdoj.gov<br><br>Attorneys for Defendant |