IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN HOSPITAL ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ERIC D. HARGAN, in his official capacity as ACTING SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Civil Action No. 14-CV-851-JEB |

**PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiffs cross-move for summary judgment in this mandamus action. In support of their motion, Plaintiffs state:

1. This case has been remanded by the Court of Appeals for the Court to determine whether it is impossible for the Secretary to comply with the Court's previous mandamus order, and if not, what mandamus order the Secretary could comply with.

2. The Secretary has not proved that it is impossible for him to comply with the Court's previous mandamus order. The Secretary can do more to reform the Recovery Audit Contractor program, achieve settlement with providers, and delay collection of overpayments and suspend interest tolling on backlogged claims.

3. The Court should therefore reissue its previous mandamus order and require the Secretary to eliminate the backlog by 2022. In the alternative, the Court should require the Secretary to take concrete steps to rein in the RAC program, offer settlements, and delay recoupment and toll interest. In all events, the Court should require status reports every 90 days.

4. Plaintiffs rely on the attached memorandum of law and exhibits in support.

        Respectfully submitted,

        /s/ Catherine E. Stetson
        Catherine E. Stetson (D.C. Bar. No. 453221)
        Sheree Kanner (D.C. Bar No. 366926)
        Sean Marotta (D.C. Bar No. 1006494)
        HOGAN LOVELLS US LLP
        555 Thirteenth Street, N.W.
        Washington, D.C. 20004-1109
        Telephone: (202) 637-5600
        cate.stetson@hoganlovells.com

        Steven F. Barley (*admitted pro hac vice*)
        HOGAN LOVELLS US LLP
        1000 International Drive
        Suite 2000
        Baltimore, MD 21202
        Telephone: (410) 659-2700
        steve.barley@hoganlovells.com

        *Attorneys for Plaintiffs*

Dated:  December 20, 2017.

**CERTIFICATE OF SERVICE**

      I certify that on December 20, 2017, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all counsel, who are registered users.

      /s/ Catherine E. Stetson