## Medicare Appeals Workload Projections - OMHA
*(data reported in appeals, as of 6/30/2018)*

| Baseline Estimates | FY17 | FY18 | FY19 | FY20 | FY21 | FY22 |
|---|---|---|---|---|---|---|
| Pending Appeals at Beginning of Fiscal Year | 675,530 | 578,683 | 426,594 | 341,324 | 214,792 | 106,356 |
| New receipts | 112,933 | 71,634 | 74,572 | 76,368 | 84,414 | 86,150 |
| Dispositions | (84,729) | (104,500) | (121,150) | (176,600) | (187,850) | (187,850) |
| Administrative Actions | (122,664) | (119,223) | (38,692) | (26,300) | (5,000) | (5,000) |
| **Pending Appeals at End of Fiscal Year** | **581,070** | **426,594** | **341,324** | **214,792** | **106,356** | **0** |

**Footnotes:**

1/ Negative numbers reflect adjudicated appeals.  Positive numbers reflect appeals awaiting adjudication.

2/ New workload and additional adjudication capacity projections only include Part A and B claims.  Disposition capacity includes all entitlement claims (e.g., Parts A-D, QIO).

3/ Baseline estimates represents status of appeals without any legislative or budgetary action.

4/ Dispositions refers to ALJ dispositions, attorney adjudicator dispositions, Senior ALJ Program adjudication, on-the-record adjudication, and statistical sampling. Other dispositions are included in Administrative Actions.

5/ FY17 data represent actuals. FY18 Pending Appeals at Beginning of Fiscal year is an actual.

## OMHA Actions (data reported in appeals, as of 6/30/2018)

| Fiscal Year | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 |
|---|---|---|---|---|---|---|
| **Pending Appeals at Beginning of Fiscal Year** | 675,530 | 578,683 | 426,594 | 341,324 | 214,792 | 106,356 |
| **New Receipts** [1,2] | 112,933 | 71,634 | 74,572 | 76,368 | 84,414 | 86,150 |
| **Total Appeals Removed at Current Budget Level** | | | (159,842) | (202,900) | (192,850) | (192,850) |
| **Impact of Prior Budget Level (FY17)** | (207,393) | (223,723) | (137,342) | (124,150) | (102,850) | (102,850) |
|    **OMHA Dispositions** | (84,729) | (104,500) | (98,650) | (97,850) | (97,850) | (97,850) |
|       *ALJ Dispositions* | (77,121) | (90,000) | (90,000) | (90,000) | (90,000) | (90,000) |
|       *Attorney Adjudicator Dispositions* | 0 | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) |
|       *Settlement conference facilitation - prior to States (non-add)* [3] | (3,209) | | | | | |
|       *On The Record (OTR) adjudication option (non-add)* | (3,377) | (1,500) | (1,150) | (350) | (350) | (350) |
|       *Senior ALJ Program (non-add)* | (619) | (500) | (500) | (500) | (500) | (500) |
|       *Statistical sampling expanded / sampling with consent (non-add)* | (403) | (7,500) | (2,000) | (2,000) | (2,000) | (2,000) |
|    **Administrative Action Dispositions** | (122,664) | (119,223) | (38,692) | (26,300) | (5,000) | (5,000) |
|       *Settlement conference facilitation - including States (non-add)* [4] | | (67,000) | (8,000) | (5,000) | (5,000) | (5,000) |
|       *QIC Discussion Demonstration - Remands for Resolution (non-add)* | (23,911) | (17,325) | (18,563) | (19,800) | 0 | 0 |
|       *Received appeals combined for efficiency (non-add)* [5] | (7,267) | 0 | 0 | 0 | 0 | 0 |
|       *Low Volume Appeals (non-add)* [6] | 0 | (27,648) | (4,879) | | | |
|       *Serial Claims Initiative (non-add)* | | (7,000) | (7,000) | (1,500) | | |
|       *CMS Hospital Settlements (non-add)* | (91,486) | (250) | (250) | 0 | 0 | 0 |
| **Added Impact of Current Budget Level (FY18)** | | | (22,500) | (78,750) | (90,000) | (90,000) |
|    *Additional ALJ teams* | | | (20,000) | (70,000) | (80,000) | (80,000) |
|    *Magistrates* [7] | | | 0 | 0 | 0 | 0 |
|    *Additional Attorney Adjudicator Capacity* | | | (2,500) | (8,750) | (10,000) | (10,000) |

**Footnotes:**

1/ Prior Year receipts include the majority of appeals received through June 30, 2018. Out Year receipts are from CMS projections.

2/ Receipts exclude reopened appeals but include appeals involved in CMS settlements.

3/ OMHA Dispositions exclude remands.

4/ Prior Year SCF counts reflect SCF appeals closed (versus SCF appeals settled).

5/ FY18 SCF estimate includes: (46,000) from NY, (3,400) from CT, (3,600) from MA, (5,000) other settlements, and (9,000) SMA appeals avoided/dismissed.

6/ LVA projections are based on receipts through May 23, 2018; estimates include (33,000) appeals split between OMHA (32,527) and the DAB (473).

7/ Appeals combined for efficiency result in one disposition for a group of combined appeals. This line accounts for received appeals that are not reflected in disposition counts or elsewhere. This line cannot be predicted in advance (out year estimates reflect uncombined appeals).

**OMHA Assumptions/Definitions:**

**Pending Appeals at Beginning of Fiscal Year:** Prior Year Pending Appeals count carried forward
**New Receipts:** Prior Year Actuals, and Out Year Estimates from CMS Projections
**Total Appeals Removed at Current Budget Level:** Cumulative impact of FY18 Budget Level, excludes estimated impacts of FY 2019 President's Budget proposals (displayed as non-adds)
**Impact of Prior Budget Level (FY17):** Estimated impact of FY 2017 Budget Level

**OMHA Dispositions:** Sum of the following
    *ALJ Dispositions:* ~92 Onboard ALJs - adjusted to account for production impact of (minimal) attrition
    *Attorney Adjudicator Dispositions:* Largely replaces OTR Pilot in the long-term
    *Settlement conference facilitation (SCF) - prior to States:* Excludes State Medicaid Agency settlements. Added to the SCF count below starting in FY18
    *On The Record (OTR) adjudication option:* Largely replaced by Attorney Adjudicator Dispositions in the long term, but will persist since all new Attorney Adjudicators are required to complete a minimum of 50 OTR decisions along with other agency requirements prior to receiving a delegation as an Attorney Adjudicator
    *Senior ALJ Program:* Estimates based on prior year actuals
    *Statistical sampling expanded / sampling with consent (Added Impact):* Estimates based on prior year actuals and what's in the pipeline

**Administrative Action Dispositions:** Sum of the following
    *Settlement conference facilitation - including States:* Includes State Medicaid Agency settlements. All SCF dispositions counted here starting in FY18
    *QIC Discussion Demonstration - Remands for Resolution:* Prior Year Actuals, and Out Year Estimates from CMS Projections

    *CMS Hospital Settlments:* Prior Year Actuals, including HASP 1 and HASP 2, and stragglers that weren't properly closed or lacked documentation
    *Received appeals combined for efficiency:* Result in one disposition for a group of combined appeals. Accounts for received appeals that are not reflected in disposition counts, QIC discussion demo or CMS settlements. This line cannot be projected.

    *Low Volume Appeals:* Program is scheduled to end June 8th
    *Serial Claims Initiative:* CMS initiative - estimates include actuals and appeals at level 3 as of May 31, 2018 - overall impact is expected to decrease in out years as more appeals are addressed at level 2

**Added Impact of Current Budget Level:** Estimated impact of additional funds received with FY 2018 Budget
    *Additional ALJ teams:* Approximately 80 additional ALJ teams
    *Additional Attorney Adjudicator Capacity:* Approximately 15 additional attorney adjudicators
    *Projection assumes future appropriations are maintained at current level of funding*

*Impacts for Settlement Conference Facilitation Expansion are not yet available. Further experience and information is required before an estimate can be made.

## CMS - QIC Projections (data reported in appeals, as of 6/30/2018)

| | FY 2017[1] | FY 2018[2] | FY 2019[3,4] | FY 2020[3,4] | FY 2021[3,4] | FY 2022[3,4] |
|---|---|---|---|---|---|---|
| **Baseline Receipts** | | | | | | |
| Non-RAC Receipts | | | | | | |
| Part A Receipts | *84,596* | 87,135 | 88,686 | 90,805 | 92,857 | 94,900 |
| Part B Receipts | *149,334* | 119,772 | 121,628 | 124,438 | 127,176 | 129,897 |
| DME Receipts | *190,661* | 129,820 | 131,832 | 134,878 | 137,845 | 140,795 |
| Total Non-RAC Receipts | *424,591* | 336,727 | 342,146 | 350,121 | 357,878 | 365,592 |
| RAC Receipts | *12,062* | 1,200 | 10,000 | 10,000 | 10,000 | 10,000 |
| **Total Receipts before Adjustments** | *436,653* | 337,927 | 352,146 | 360,121 | 367,878 | 375,592 |
| Receipts Avoided from Prior Year Adjustments[5] | | 0 | -550 | -2,050 | -2,250 | -2,450 |
| **Total Receipts Including Prior Year Adjustments** | | 337,927 | 351,596 | 358,071 | 365,628 | 373,142 |
| **Potential Denials by QIC (=Total Receipts X 55% QIC Denial Rate)[6]** | | **185,860** | **193,378** | **196,939** | **201,095** | **205,228** |
| **Potential Baseline Appeals to ALJ (=Potential Denials by QIC X 42% appeal rate)[7]** | | **78,061** | **81,219** | **82,714** | **84,460** | **86,196** |
| **Administrative Actions** | | | | | | |
| Receipts Avoided from Reaching QIC Level | | | | | | |
| Prior Authorization Demonstrations (PMD, Ambulance, HBO) | *-3,000* | -2,000 | -1,000 | 0 | 0 | 0 |
| Prior Authorization Regulation for DMEPOS[8,9,10] | *-500* | -200 | -500 | -200 | -200 | -200 |
| Home Health Review Choice Demonstration | *0* | 0 | 0 | 0 | 0 | 0 |
| Total Receipts Avoided (Current Year Adjusted by Quarter)[11] | *-3,500* | -550 | -1,500 | -200 | -200 | -200 |
| **Potential Denials by QIC (=Total Receipts Avoided X 55% QIC Denial Rate)[6]** | | **-303** | **-825** | **-110** | **-110** | **-110** |
| Administrative Actions Post-QIC Denial but Not Pending at OMHA | | | | | | |
| QIC Demonstration[12] | *-14,914* | -15,000 | -15,000 | -15,000 | 0 | 0 |
| **Total Potential QIC Denials Avoided from CMS Administrative Actions** | | **-15,303** | **-15,825** | **-15,110** | **-110** | **-110** |
| **Potential Appeals to ALJ Avoided (= [Potential Denials by QIC - QIC Demo Removals] X 42% appeal rate)[7]** | | **-6,427** | **-6,647** | **-6,346** | **-46** | **-46** |
| **Net Receipts** | | | | | | |
| Total QIC Receipts after Adjustments | | 337,377 | 350,096 | 357,871 | 365,428 | 372,942 |
| **Potential Denials by QIC (=Total Receipts after Adjustments X 55% QIC Denial Rate)[6]** | | **185,557** | **192,553** | **196,829** | **200,985** | **205,118** |
| **Net Potential Appeals to ALJ (=Potential Baseline Appeals to ALJ - Potential Appeals to ALJ Avoided from Admin Actions - Potential Appeals to ALJ Avoided from Legislative Proposals)** | *112,933* | **71,634** | **74,572** | **76,368** | **84,414** | **86,150** |

| | |
|---|---|
| **Baseline Receipts:** | |
| | 1. FY 2017 represents actual counts. |
| | 2. FY 2018 counts are extrapolated based on first 3 quarters data. |
| | 3. Non-RAC Receipt Projections for FY 2019 - FY 2022 are based on Medicare FFS enrollment growth projections from CMS Office of Actuary (CMS OACT). According to OACT, Medicare growth rates for Part A FFS beneficiaries for CY2019 - CY2022 are 1.78%, 2.39%, 2.26% and 2.20% respectively; and for Part B FFS beneficiaries, 1.55%, 2.31%, 2.20% and 2.14% respectively. |
| | 4. RAC Receipt Projections for FY 2019 - FY 2022 are based on ramping up of reviews under new contracts. |
| | 5. Receipts Avoided from Prior Year Adjustments: Current Year assumes no further impact from prior year adjustment. FY 2019 assumes baseline receipts will be reduced by the number of appeals avoided from the prior year's administrative actions impacts (adjusted by quarter). FY 2020-22 assume a reduction in baseline receipts by the cumulative impact of prior years' administrative impacts from the current year up to the Projected year. |
| **Denials/Appeals Rate:** | |
| | 6. Potential denials by QIC reflect most recent 8-quarter (two-year) rolling average. QIC denial rate is calculated based on decided appeals which include dismissals but exclude misrouted, escalated and pending appeals. |
| | 7. Potential Appeals to ALJ reflect most recent 8-quarter (two-year) rolling average. Appeal rate is estimated using receipts at higher level divided by denials at lower level in the same fiscal year. |
| **Administrative Actions:** | |
| | Prior Authorization Regulation for DMEPOS |
| | 8. FY 2017 represents a non-add estimate based on 2 specialized wheelchair codes that were implemented in FY 2017. |
| | 9. FY 2018 represents estimates based on the 2 codes from FY 2017 and inclusion of the PMD demonstration for one month. PMD demonstration ends in September 2018 and is fully integrated into regulation for all of FY 2019 and future years. |
| | 10. FY 2019-FY 2022 represents estimates based on the 2 codes from FY 2017 and inclusion of the PMD demonstration for the full year. |
| | Total Receipts Avoided |
| | 11. Only the current year total is adjusted downward by quarter to reflect impact of administrative actions already experienced. Quarter 1 data is lowered by 25%, Quarter 2 is lowered by 50%, Quarter 3 is lowered by 75%, and Quarter 4 impacts are considered non-add (lowered by 100%). |
| | QIC Demonstration |
| | 12. DME appeals reversed fully or partially at QIC level through formal discussions with the appellants. FY2016 and FY2017 are actual counts of reopenings. FY2018 - FY2020 projections assume similar workload and similar outcomes as FY2017. |