## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN HOSPITAL ASSOCIATION,** *et al.*, | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No.  14-851 (JEB)** |
| **ALEX AZAR,** | |
| **Defendant.** | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court

ORDERS that:

1.     Defendant's Motion for Summary Judgment is DENIED;

2.     Plaintiffs' Cross-Motion for Summary Judgment is GRANTED;

3.     Defendant must achieve the following reductions from the currently projected

FY 2018 backlog of 426,594 appeals: a 19% reduction by the end of FY 2019; a

49% reduction by the end of FY 2020; a 75% reduction by the end of FY 2021;

and elimination of the backlog by the end of FY 2022; and

4.     Defendant must file status reports beginning on December 31, 2018, and

continuing every quarter thereafter.

IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  November 1, 2018