# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN HOSPITAL ASSOCIATION, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALEX. M. AZAR, in his official capacity as ) <br> Secretary of Health and Human Services, ) <br> ) <br> Defendant. ) | Civil Action No. 14-cv-00851 (JEB) |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's November 1, 2018 Order (ECF No. 89), the Secretary of Health and Human Services ("HHS") provides this status report to inform the Court that HHS remains on track to meet the reduction targets in the Court's November 1 Order. Attached to this status report are statistics concerning, *inter alia*, the backlog of appeals at the Office of Medicare Hearings and Appeals ("OMHA"), updated to reflect data received during the fourth quarter of FY 2018. *See* Medicare Appeals Dashboard, Exhibit 1. As this attachment reflects, there were 417,198 appeals pending at the end of the fourth quarter, and there were only 774 RAC-related appeals that reached OMHA during FY 2018.

Dated: December 21, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JEAN LIN
Acting Deputy Director
Federal Programs Branch

Of Counsel:
HEATHER FLICK
Acting General Counsel
JANICE L. HOFFMAN
Associate General Counsel
SUSAN MAXSON LYONS
Deputy Associate General
Counsel for Litigation
KIRSTEN FRIEDEL RODDY
*Attorneys*
United States Department of Health and Human Services

/s/ Nicholas Cartier
NICHOLAS CARTIER
DC Bar # 495850
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 616-8351
Facsimile: (202) 616-8460
Nicholas.Cartier@usdoj.gov
*Counsel for Defendant*