Copy of Medicare Appeals Dashboard FY 2018 Q4 Filing

# Medicare Appeals Dashboard
### Reporting Period: Through Quarter 4 FY 2018
*(Data in Appeals)*

| Level 3 - OMHA | Fiscal Year | | | | | | | Most Recent 6 Quarters | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | FY 2018 | | | | FY 2017 | |
| | FY 2018 | FY 2017 | FY 2016 | FY 2015 | FY 2014 | FY 2013 | FY 2012 | Qtr 4 | Qtr 3 | Qtr 2 | Qtr 1 | Qtr 4 | Qtr 3 |
| Beginning Workload Balance | 578,683 | 675,530 | 886,418 | 767,422 | 380,696 | 75,922 | 20,382 | 483,401 | 494,490 | 518,475 | 578,683 | 604,370 | 657,728 |
| Receipts | 62,762 | 112,933 | 184,240 | 240,360 | 474,063 | 384,151 | 117,068 | 17,132 | 17,752 | 10,985 | 16,893 | 26,213 | 27,186 |
| *RAC* | *774* | *13,782* | *35,527* | *47,929* | *239,383* | *193,159* | *30,331* | *113* | *150* | *127* | *384* | *1,360* | *2,097* |
| *non-RAC* | *61,988* | *99,151* | *148,713* | *192,431* | *234,680* | *190,992* | *86,737* | *17,019* | *17,602* | *10,858* | *16,509* | *24,853* | *25,089* |
| Appeals Removed | (224,247) | (209,780) | (395,128) | (121,364) | (87,337) | (79,377) | (61,528) | (83,335) | (28,841) | (34,970) | (77,101) | (51,900) | (80,544) |
| *OMHA Dispositions* | *(92,113)* | *(82,240)* | *(83,765)* | *(78,390)* | *(87,337)* | *(79,377)* | *(61,528)* | *(24,146)* | *(24,278)* | *(23,345)* | *(20,344)* | *(20,793)* | *(20,579)* |
| *RAC* | *(24,690)* | *(26,054)* | *(31,042)* | *(15,225)* | *(28,104)* | *(17,739)* | *(12,357)* | *(5,293)* | *(5,895)* | *(6,880)* | *(6,622)* | *(6,453)* | *(4,622)* |
| *non-RAC* | *(67,423)* | *(56,186)* | *(52,723)* | *(63,165)* | *(59,233)* | *(61,638)* | *(49,171)* | *(18,853)* | *(18,383)* | *(16,465)* | *(13,722)* | *(14,340)* | *(15,957)* |
| *Appeals combined for efficiency* | *(37,743)* | *(10,426)* | *(56,821)* | *(3,220)* | | | | *(37,743)* | | | | *(10,426)* | |
| *Settlement conference facilitation - incl. States* | *(57,097)* | *(3,208)* | *(5,912)* | *(2,192)* | | | | *(4,585)* | *(1,083)* | *(5,200)* | *(46,229)* | *(884)* | *(2,324)* |
| *QIC demo - remands for resolution* | *(20,175)* | *(22,505)* | *(2,387)* | | | | | *(3,996)* | *(2,623)* | *(3,082)* | *(10,474)* | *(5,622)* | *(3,497)* |
| *Serial Claims Initiative* | *(2,574)* | | | | | | | *(432)* | *(510)* | *(1,578)* | *(54)* | | |
| *Low Volume Appeals* | *(12,322)* | | | | | | | *(12,322)* | | | | | |
| *CMS Hospital Settlements* | *(2,223)* | *(91,401)* | *(246,243)* | *(37,562)* | | | | *(111)* | *(347)* | *(1,765)* | *0* | *(14,175)* | *(54,144)* |
| Net Pending Receipt Increase / (Decrease) | (161,485) | (96,847) | (210,888) | 118,996 | 386,726 | 304,774 | 55,540 | (66,203) | (11,089) | (23,985) | (60,208) | (25,687) | (53,358) |
| Ending Workload (pending appeals) | 417,198 | 578,683 | 675,530 | 886,418 | 767,422 | 380,696 | 75,922 | 417,198 | 483,401 | 494,490 | 518,475 | 578,683 | 604,370 |

1/ Receipts exclude reopened appeals but include appeals involved in CMS Hospital Settlements.
2/ The number of appeals adjudicated each fiscal year reflects receipts from multiple fiscal years.
3/ Dispositions exclude remands.
4/ OMHA Dispositions reflect appeals removed by all types of adjudicators, and by all initiatives except those listed in the table above.
5/ Some FY14 dispositions are attributable to Scooter Store dismissals.
6/ FY14 through FY18 reflect changes in methodology to include combined appeals.
7/ FY18 Qtr 4 includes the majority of appeals received through September 30, 2018.
8/ Receipts and dispositions have been updated due to appeal adjustments such as combinations, deletions, and/or corrections.
9/ Appeals combined for efficiency result in one disposition for a group of combined appeals.  This line accounts for the remainder of received appeals that were combined into single appeals within disposition counts.
10/ Initiative dispositions not reflected separately within the table are counted in "OMHA Dispositions" (as 1 disposition if multiple appeals were combined), and "Received appeals combined for efficiency" (remainder of groups of appeals combined for efficient disposition).