# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN HOSPITAL ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX. M. AZAR, in his official capacity as Secretary of Health and Human Services, <br><br> Defendant. | Civil Action No. 14-cv-00851 (JEB) |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's November 1, 2018 Order (ECF No. 89), the Secretary of Health and Human Services ("HHS") provides this status report to inform the Court that HHS remains on track to meet the reduction targets set forth in the Court's November 1 Order. Attached to this status report are statistics concerning, *inter alia*, the backlog of appeals at the Office of Medicare Hearings and Appeals ("OMHA") as of the end of the second quarter of FY 2019. *See* Medicare Appeals Dashboard, Exhibit 1. From November 1, 2018 through the end of the second quarter of FY 2019, there has been a net reduction of 82,936 appeals pending at OMHA with a total of 343,658 appeals pending at OMHA by the end of the second quarter, which is a 19.4% reduction from the starting number of appeals identified in the Court's November 1 Order (426,594 appeals).

Dated: July 1, 2019                      Respectfully submitted,

                                         JOSEPH H. HUNT
                                         Assistant Attorney General

                                         JEAN LIN
                                         Special Counsel
                                         Federal Programs Branch

Of Counsel:
ROBERT P. CHARROW
General Counsel
JANICE L. HOFFMAN
Associate General Counsel
SUSAN MAXSON LYONS
Deputy Associate General
Counsel for Litigation
KIRSTEN FRIEDEL RODDY
*Attorneys*
United States Department of Health and Human Services

/s/ Nicholas Cartier
NICHOLAS CARTIER
DC Bar # 495850
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 616-8351
Facsimile: (202) 616-8460
Nicholas.Cartier@usdoj.gov
*Counsel for Defendant*