# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN HOSPITAL ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX. M. AZAR, in his official capacity as Secretary of Health and Human Services, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 14-cv-00851 (JEB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's November 1, 2018 Order (ECF No. 89), the Secretary of Health and Human Services ("HHS") provides this status report to inform the Court that HHS remains on track to meet the reduction targets set forth in the Court's November 1 Order. Attached to this status report are statistics concerning, *inter alia*, the backlog of appeals at the Office of Medicare Hearings and Appeals ("OMHA") as of the end of the third quarter of FY 2019. *See* Medicare Appeals Dashboard, Exhibit 1. From November 1, 2018 through the end of the third quarter of FY 2019, there has been a net reduction of 108,340 appeals pending at OMHA with a total of 318,254 appeals pending at OMHA by the end of the third quarter, which is a 25.4% reduction from the starting number of appeals identified in the Court's November 1, 2018 Order (426,594 appeals).

Dated: September 27, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JEAN LIN
Special Counsel
Federal Programs Branch

| | |
|---|---|
| Of Counsel:<br>ROBERT P. CHARROW<br>General Counsel<br>JANICE L. HOFFMAN<br>Associate General Counsel<br>SUSAN MAXSON LYONS<br>Deputy Associate General<br>Counsel for Litigation<br>KIRSTEN FRIEDEL RODDY<br>*Attorneys*<br>United States Department of Health and Human Services | /s/ Nicholas Cartier<br>NICHOLAS CARTIER<br>DC Bar # 495850<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Telephone: (202) 616-8351<br>Facsimile: (202) 616-8460<br>Nicholas.Cartier@usdoj.gov<br>*Counsel for Defendant* |