# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN HOSPITAL ASSOCIATION, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>)  Civil Action No. 14-cv-00851 (JEB) |
| v. | )<br>) |
| ALEX. M. AZAR, in his official capacity as Secretary of Health and Human Services, | )<br>)<br>) |
| Defendant. | )<br>) |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's November 1, 2018 Order (ECF No. 89), the Secretary of Health and Human Services ("HHS") provides this status report to inform the Court that HHS remains on track to meet the reduction targets set forth in the Court's November 1 Order. Attached to this status report are statistics concerning, *inter alia*, the backlog of appeals at the Office of Medicare Hearings and Appeals ("OMHA") as of the end of the fourth quarter of FY 2019. *See* Medicare Appeals Dashboard, Exhibit 1. By the end of the fourth quarter of FY 2019, a total of 292,517 appeals remain pending at OMHA, which is a 31.4% reduction from the starting number of appeals identified in the Court's November 1, 2018 Order (426,594 appeals).

Dated: December 31, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JEAN LIN
Special Counsel
Federal Programs Branch

/s/ Nicholas Cartier
NICHOLAS CARTIER

<u>Of Counsel</u>:
ROBERT P. CHARROW
General Counsel
JANICE L. HOFFMAN
Associate General Counsel
SUSAN MAXSON LYONS
Deputy Associate General
Counsel for Litigation
KIRSTEN FRIEDEL RODDY
*Attorneys*
United States Department of Health and Human Services

DC Bar # 495850
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 616-8351
Facsimile: (202) 616-8460
Nicholas.Cartier@usdoj.gov
*Counsel for Defendant*