**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN HOSPITAL ASSOCIATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 14-cv-00851 (JEB) |
| ALEX. M. AZAR, in his official capacity as Secretary of Health and Human Services, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's 2018 Order (ECF No. 89), the Secretary of Health and Human

Services ("HHS") provides this status report to inform the Court that HHS remains on track to

meet the reduction targets set forth in the Court's Order.  Attached to this status report are

statistics concerning, *inter alia*, the backlog of appeals at the Office of Medicare Hearings and

Appeals ("OMHA") as of the end of the first quarter of FY 2020.  *See* Medicare Appeals

Dashboard, Exhibit 1.  By the end of the first quarter of 2020, a total of

268,115 appeals remain pending at OMHA, which is a 37% reduction from the starting number

of appeals identified in the Court's 2018 Order (426,594 appeals).

Dated: March 25, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

/s/ Nicholas Cartier
NICHOLAS CARTIER
DC Bar # 495850

Of Counsel:

ROBERT P. CHARROW
General Counsel
JANICE L. HOFFMAN
Associate General Counsel
SUSAN MAXSON LYONS
Deputy Associate General
Counsel for Litigation
KIRSTEN FRIEDEL RODDY
*Attorneys*
United States Department of Health and
Human Services

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 616-8351
Facsimile: (202) 616-8460
Nicholas.Cartier@usdoj.gov
*Counsel for Defendant*