# Medicare Appeals Dashboard

Reporting Period: Through Quarter 1 of FY 2020 (December 31, 2019)

*(Data in Appeals)*

| Level 3 - OMHA | Fiscal Year | | | | | | Most Recent 6 Quarters | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | FY 2020 | FY 2019 | | | | FY 2018 |
| | FY 2020 | FY 2019 | FY 2018 | FY 2017 | FY 2016 | FY 2015 | Qtr.1 | Qtr.4 | Qtr.3 | Qtr.2 | Qtr.1 | Qtr.4 |
| Beginning Workload Balance | 292,517 | 417,198 | 578,683 | 675,530 | 886,418 | 767,422 | 292,517 | 318,254 | 343,658 | 379,831 | 417,198 | 483,401 |
| Receipts | 7,560 | 43,887 | 62,762 | 112,933 | 184,240 | 240,360 | 7,560 | 11,744 | 7,989 | 10,195 | 13,959 | 17,132 |
| *RAC* | 242 | 485 | 774 | 13,782 | 35,527 | 47,929 | 242 | 181 | 97 | 76 | 131 | 113 |
| *non-RAC* | 7,318 | 43,402 | 61,988 | 99,151 | 148,713 | 192,431 | 7,318 | 11,563 | 7,892 | 10,119 | 13,828 | 17,019 |
| Appeals Removed | (31,962) | (168,568) | (224,247) | (209,780) | (395,128) | (121,364) | (31,962) | (37,481) | (33,393) | (46,368) | (51,326) | (83,335) |
| *OMHA Dispositions* | (28,280) | (119,848) | (92,113) | (82,240) | (87,123) | (78,881) | (28,280) | (26,301) | (29,570) | (31,490) | (32,487) | (24,146) |
| *RAC* | (3,880) | (15,708) | (24,690) | (26,054) | (33,511) | (15,586) | (3,880) | (3,707) | (4,434) | (4,021) | (3,546) | (5,293) |
| *non-RAC* | (24,400) | (104,140) | (67,423) | (56,186) | (53,612) | (63,295) | (24,400) | (22,594) | (25,136) | (27,469) | (28,941) | (18,853) |
| *SCF (non-add)* [7] | (16) | (14,021) | (57,097) | (3,208) | | | (16) | (129) | (4,243) | (2,860) | (6,789) | (4,585) |
| *Appeals combined for efficiency* | (3,020) | (25,339) | (29,248) | (10,426) | (59,375) | | (3,020) | (3,796) | 215 | (8,065) | (13,693) | (29,248) |
| *QIC demo - remands for resolution* | (656) | (14,243) | (20,175) | (22,505) | (2,387) | | (656) | (4,168) | (3,176) | (5,888) | (1,011) | (3,996) |
| *Serial Claims Initaitive* | 0 | (3,076) | (2,574) | | | | 0 | (961) | (579) | (746) | (790) | (432) |
| *Low Volume Appeals* | (1) | (5,784) | (20,817) | | | | (1) | (2,231) | (282) | (174) | (3,097) | (20,817) |
| *Hospital Settlements* | (5) | (278) | (2,223) | (91,401) | (246,243) | (42,483) | (5) | (24) | (1) | (5) | (248) | (111) |
| *Inpatient Rehab Facility Settlment (non-add)* | (460) | (6) | | | | | (460) | (6) | | | | |
| Net Pending Receipt Increase / (Decrease) | (24,402) | (124,681) | (161,485) | (96,847) | (210,888) | 118,996 | (24,402) | (25,737) | (25,404) | (36,173) | (37,367) | (66,203) |
| Ending Workload (pending appeals) | 268,115 | 292,517 | 417,198 | 578,683 | 675,530 | 886,418 | 268,115 | 292,517 | 318,254 | 343,658 | 379,831 | 417,198 |

1/ FY20 Qtr.1 includes the majority of appeals received through December 31, 2019.
2/ Receipts and dispositions have been updated due to appeal adjustments such as combinations, deletions, and/or corrections.
3/ Receipts exclude reopened appeals but include appeals involved in CMS Hospital Settlements.
4/ The number of appeals adjudicated each fiscal year reflects receipts from multiple fiscal years.
5/ Dispositions exclude remands.
6/ OMHA Dispositions reflect appeals removed by all types of adjudicators.
7/ Starting in FY19, appeals removed through Settlement Conference Facilitation (SCF) are included in OMHA Dispositions at a 1:1 ratio. Appeals combined for efficiency have been restated for FY19 due to SCF data adjustments.
8/ FY15 through FY18 reflect changes in methodology to include combined appeals. Discrepancies between Level 2 and Level 3 RAC receipts are largely attributable to these changes in methodology.
9/ Appeals combined for efficiency result in one disposition for a group of combined appeals. This line accounts for the remainder of received appeals that were combined into single appeals within disposition counts.
10/ Initiative dispositions not reflected separately within the table are counted in "OMHA Dispositions" (as 1 disposition if multiple appeals were combined), and "Received appeals combined for efficiency" (remainder of groups of appeals combined for efficient disposition).
11/ OMHA combines appeals to improve the efficiency of our ALJs. This includes a large number of Lincare dismissals. In FY18 OMHA dismissed 8,382 Lincare appeals. That number rose to 27,607 Lincare appeals in FY19.