# EXHIBIT 1

# Medicare Appeals Dashboard

Reporting Period: Through Quarter 2 of FY 2020 (March 31, 2020)

*(Data in Appeals)*

| Level 3 - OMHA | Fiscal Year | | | | | | Most Recent 6 Quarters | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | FY 2020 | | FY 2019 | | | |
| | FY 2020 | FY 2019 | FY 2018 | FY 2017 | FY 2016 | FY 2015 | Qtr.2 | Qtr.1 | Qtr.4 | Qtr.3 | Qtr.2 | Qtr.1 |
| Beginning Workload Balance | 292,517 | 417,198 | 578,683 | 675,530 | 886,418 | 767,422 | 268,115 | 292,517 | 318,254 | 343,658 | 379,831 | 417,198 |
| Receipts | 16,056 | 43,887 | 62,762 | 112,933 | 184,240 | 240,360 | 8,496 | 7,560 | 11,744 | 7,989 | 10,195 | 13,959 |
| *RAC* | *472* | *485* | *774* | *13,782* | *35,527* | *47,929* | *230* | *242* | *181* | *97* | *76* | *131* |
| *non-RAC* | *15,584* | *43,402* | *61,988* | *99,151* | *148,713* | *192,431* | *8,266* | *7,318* | *11,563* | *7,892* | *10,119* | *13,828* |
| Appeals Removed | (65,578) | (168,568) | (224,247) | (209,780) | (395,128) | (121,364) | (33,616) | (31,962) | (37,481) | (33,393) | (46,368) | (51,326) |
| *OMHA Dispositions* | *(58,549)* | *(119,848)* | *(92,113)* | *(82,240)* | *(87,123)* | *(78,881)* | *(30,269)* | *(28,280)* | *(26,301)* | *(29,570)* | *(31,490)* | *(32,487)* |
| *RAC* | *(7,957)* | *(15,708)* | *(24,690)* | *(26,054)* | *(33,511)* | *(15,586)* | *(4,077)* | *(3,880)* | *(3,707)* | *(4,434)* | *(4,021)* | *(3,546)* |
| *non-RAC* | *(50,592)* | *(104,140)* | *(67,423)* | *(56,186)* | *(53,612)* | *(63,295)* | *(26,192)* | *(24,400)* | *(22,594)* | *(25,136)* | *(27,469)* | *(28,941)* |
| *Settlement Conference Facilitation (non-add)* | *(45)* | *(14,021)* | *(57,097)* | *(3,208)* | | | *(29)* | *(16)* | *(129)* | *(4,243)* | *(2,860)* | *(6,789)* |
| *Appeals combined for efficiency* | *(5,323)* | *(25,339)* | *(29,248)* | *(10,426)* | *(59,375)* | | *(2,303)* | *(3,020)* | *(3,796)* | *215* | *(8,065)* | *(13,693)* |
| *QIC demo - remands for resolution* | *(1,696)* | *(14,243)* | *(20,175)* | *(22,505)* | *(2,387)* | | *(1,040)* | *(656)* | *(4,168)* | *(3,176)* | *(5,888)* | *(1,011)* |
| *Serial Claims Initaitive* | *(2)* | *(3,076)* | *(2,574)* | | | | *(2)* | *0* | *(961)* | *(579)* | *(746)* | *(790)* |
| *Low Volume Appeals* | *(2)* | *(5,784)* | *(20,817)* | | | | *(1)* | *(1)* | *(2,231)* | *(282)* | *(174)* | *(3,097)* |
| *Hospital Settlements* | *(6)* | *(278)* | *(2,223)* | *(91,401)* | *(246,243)* | *(42,483)* | *(1)* | *(5)* | *(24)* | *(1)* | *(5)* | *(248)* |
| *Inpatient Rehab Facility Settlements (non-add) [7]* | *(1,100)* | *(6)* | | | | | *(640)* | *(460)* | *(6)* | | | |
| Net Pending Receipt Increase / (Decrease) | (49,522) | (124,681) | (161,485) | (96,847) | (210,888) | 118,996 | (25,120) | (24,402) | (25,737) | (25,404) | (36,173) | (37,367) |
| Ending Workload (pending appeals) | 242,995 | 292,517 | 417,198 | 578,683 | 675,530 | 886,418 | 242,995 | 268,115 | 292,517 | 318,254 | 343,658 | 379,831 |

1/ FY20 Qtr 2 includes the majority of appeals received through March 31, 2020
2/ Receipts and dispositions have been updated due to appeal adjustments such as combinations, deletions, and/or corrections
3/ Receipts exclude reopened appeals but include appeals involved in CMS Hospital Settlements
4/ The number of appeals adjudicated each fiscal year reflects receipts from multiple fiscal years
5/ Dispositions exclude remands
6/ OMHA Dispositions reflect appeals removed by all types of adjudicators
7/ Starting in FY19, Settlement Conference Facilitation *and* Inpatient Rehab Facility Settlement counts are non-adds to avoid double counting (included in OMHA Dispositions at a 1:1 ratio)  Both counts reflect appeals closed (vs settled)
8/ FY15 through FY18 reflect changes in methodology to include combined appeals   Discrepancies between Level 2 and Level 3 RAC receipts are largely attributable to these changes in methodology
9/ Appeals combined for efficiency result in one disposition for a group of combined appeals   This line accounts for the remainder of received appeals that were combined into single appeals within disposition counts
10/ Initiative dispositions not reflected separately within the table are counted in "OMHA Dispositions" (as 1 disposition if multiple appeals were combined), and "Received appeals combined for efficiency" (remainder of groups of appeals combined for efficient disposition)
11/ OMHA combines appeals to improve the efficiency of our ALJs