# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN HOSPITAL ASSOCIATION, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 14-cv-00851 (JEB) |
| ALEX. M. AZAR, in his official capacity as Secretary of Health and Human Services, ) | |
| Defendant. ) | |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's 2018 Order (ECF No. 89), the Secretary of Health and Human Services ("HHS") provides this status report to inform the Court that HHS remains on track to meet the reduction targets set forth in the Court's November 1, 2018 Order. Attached to this status report as Exhibit 1 are statistics concerning, *inter alia*, the backlog of appeals at the Office of Medicare Hearings and Appeals ("OMHA") as of the end of the second quarter of FY 2020. *See* Medicare Appeals Dashboard, Exhibit 1. By the end of the third quarter of 2020, a total of 201,292 appeals remain pending at OMHA, which is a 52.8% reduction from the starting number of appeals identified in the Court's order (426,594 appeals).

Dated: September 24, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

/s/ Justin M. Sandberg

Of Counsel:
ROBERT P. CHARROW
General Counsel
JANICE L. HOFFMAN
Associate General Counsel
SUSAN MAXSON LYONS
Deputy Associate General
Counsel for Litigation
KIRSTEN FRIEDEL RODDY
*Attorneys*
United States Department of Health and Human Services

JUSTIN M. SANDBERG
IL Bar No. 6278377
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-5838
Facsimile: (202) 616-8202
justin.sandberg@usdoj.gov
*Counsel for Defendant*