# EXHIBIT 1

# Medicare Appeals Dashboard

Reporting Period:  Through Quarter 1 of FY 2021 (December 31, 2020)

*(Data in Appeals)*

| Level 3 - OMHA | Fiscal Year | | | | | Most Recent 6 Quarters | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | FY 2021 | FY 2020 | | | | FY 2019 |
| | FY 2021 | FY 2020 | FY 2019 | FY 2018 | FY 2017 | Qtr1 | Qtr4 | Qtr3 | Qtr2 | Qtr1 | Qtr4 |
| Beginning Workload Balance | 165,263 | 292,517 | 417,198 | 578,683 | 675,530 | 165,263 | 201,292 | 242,995 | 268,115 | 292,517 | 318,254 |
| Receipts | 7,215 | 29,729 | 43,887 | 62,762 | 112,933 | 7,215 | 7,709 | 5,964 | 8,496 | 7,560 | 11,744 |
| RAC | 367 | 1,202 | 485 | 774 | 13,782 | 367 | 512 | 218 | 230 | 242 | 181 |
| non-RAC | 6,848 | 28,527 | 43,402 | 61,988 | 99,151 | 6,848 | 7,197 | 5,746 | 8,266 | 7,318 | 11,563 |
| Appeals Removed | (40,517) | (156,983) | (168,568) | (224,247) | (209,780) | (40,517) | (43,738) | (47,667) | (33,616) | (31,962) | (37,481) |
| OMHA Dispositions | (34,150) | (136,699) | (119,848) | (92,113) | (82,240) | (34,150) | (42,490) | (35,660) | (30,269) | (28,280) | (26,301) |
| RAC | (3,274) | (15,621) | (15,708) | (24,690) | (26,054) | (3,274) | (3,781) | (3,883) | (4,077) | (3,880) | (3,707) |
| non-RAC | (30,876) | (121,078) | (104,140) | (67,423) | (56,186) | (30,876) | (38,709) | (31,777) | (26,192) | (24,400) | (22,594) |
| Settlement Conference Facilitation (non-add) [7] | (4,339) | (6,552) | (14,021) | (57,097) | (3,208) | (4,339) | (1,247) | (5,260) | (29) | (16) | (129) |
| Appeals combined for efficiency | (5,674) | (16,721) | (25,339) | (29,248) | (10,426) | (5,674) | 436 | (11,834) | (2,303) | (3,020) | (3,796) |
| QIC demo - remands for resolution | (663) | (3,543) | (14,243) | (20,175) | (22,505) | (663) | (1,682) | (165) | (1,040) | (656) | (4,168) |
| Serial Claims Initiative | (15) | (7) | (3,076) | (2,574) | | (15) | 0 | (5) | (2) | 0 | (961) |
| Low Volume Appeals | (7) | (6) | (5,784) | (20,817) | | (7) | (1) | (3) | (1) | (1) | (2,231) |
| Hospital Settlements | (8) | (7) | (278) | (2,223) | (91,401) | (8) | (1) | 0 | (1) | (5) | (24) |
| Inpatient Rehab Facility Settlements (non-add) [7] | (1,578) | (1,326) | (6) | | | (1,578) | (3) | (223) | (640) | (460) | (6) |
| Net Pending Receipt Increase / (Decrease) | (33,302) | (127,254) | (124,681) | (161,485) | (96,847) | (33,302) | (36,029) | (41,703) | (25,120) | (24,402) | (25,737) |
| Ending Workload (pending appeals) | 131,961 | 165,263 | 292,517 | 417,198 | 578,683 | 131,961 | 165,263 | 201,292 | 242,995 | 268,115 | 292,517 |

1/ FY21 Qtr.1 includes the majority of appeals received through December 31, 2020.

2/ Receipts and dispositions have been updated due to appeal adjustments such as combinations, deletions, and/or corrections.

3/ Receipts exclude reopened appeals but include appeals involved in CMS Hospital Settlements.

4/ The number of appeals adjudicated each fiscal year reflects receipts from multiple fiscal years.

5/ Dispositions exclude remands.

6/ OMHA Dispositions reflect appeals removed by all types of adjudicators.

7/ Starting in FY19, Settlement Conference Facilitation *and* Inpatient Rehab Facility Settlement counts are non-adds to avoid double counting (included in OMHA Dispositions at a 1:1 ratio).  Both counts reflect appeals closed (vs settled).

8/ FY15 through FY18 reflect changes in methodology to include combined appeals.  Discrepancies between Level 2 and Level 3 RAC receipts are largely attributable to these changes in methodology.

9/ Appeals combined for efficiency result in one disposition for a group of combined appeals.  This line accounts for the remainder of received appeals that were combined into single appeals within disposition counts.

10/ Initiative dispositions not reflected separately within the table are counted in "OMHA Dispositions" (as 1 disposition if multiple appeals were combined), and "Received appeals combined for efficiency" (remainder of groups of appeals combined for efficient disposition).

11/ OMHA combines appeals to improve the efficiency of our ALJs.  FY20 combined appeals count includes 1,013 auto-promoted initiative appeals without a Request for Hearing - deleted in Q4.