# EXHIBIT 1

# Medicare Appeals Dashboard

Reporting Period: Through Quarter 3 of FY 2021 (June 30, 2021)

*(Data in Appeals)*

| Level 3 - OMHA | Fiscal Year | | | | | Most Recent 6 Quarters | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | FY 2021 | | | FY 2020 | | |
| | FY 2021 | FY 2020 | FY 2019 | FY 2018 | FY 2017 | Qtr3 | Qtr2 | Qtr1 | Qtr4 | Qtr3 | Qtr2 |
| Beginning Workload Balance | 165,263 | 292,517 | 417,198 | 578,683 | 675,530 | 104,255 | 131,961 | 165,263 | 201,292 | 242,995 | 268,115 |
| Receipts | 23,470 | 29,729 | 43,887 | 62,762 | 112,933 | 8,083 | 8,172 | 7,215 | 7,709 | 5,964 | 8,496 |
| *RAC* | *1,055* | *1,202* | *485* | *774* | *13,782* | *288* | *400* | *367* | *512* | *218* | *230* |
| *non-RAC* | *22,415* | *28,527* | *43,402* | *61,988* | *99,151* | *7,795* | *7,772* | *6,848* | *7,197* | *5,746* | *8,266* |
| Appeals Removed | (102,670) | (156,983) | (168,568) | (224,247) | (209,780) | (26,275) | (35,878) | (40,517) | (43,738) | (47,667) | (33,616) |
| *OMHA Dispositions* | *(93,784)* | *(136,699)* | *(119,848)* | *(92,113)* | *(82,240)* | *(26,232)* | *(33,402)* | *(34,150)* | *(42,490)* | *(35,660)* | *(30,269)* |
| *RAC* | *(11,082)* | *(15,621)* | *(15,708)* | *(24,690)* | *(26,054)* | *(3,514)* | *(4,294)* | *(3,274)* | *(3,781)* | *(3,883)* | *(4,077)* |
| *non-RAC* | *(82,702)* | *(121,078)* | *(104,140)* | *(67,423)* | *(56,186)* | *(22,718)* | *(29,108)* | *(30,876)* | *(38,709)* | *(31,777)* | *(26,192)* |
| *Settlement Conference Facilitation (non-add) [7]* | *(1,947)* | *(6,552)* | *(14,021)* | *(57,097)* | *(3,208)* | *(62)* | *(307)* | *(1,578)* | *(1,247)* | *(5,260)* | *(29)* |
| *Appeals combined for efficiency* | *(6,387)* | *(16,721)* | *(25,339)* | *(29,248)* | *(10,426)* | *162* | *(875)* | *(5,674)* | *436* | *(11,834)* | *(2,303)* |
| *QIC demo - remands for resolution* | *(1,704)* | *(3,543)* | *(14,243)* | *(20,175)* | *(22,505)* | *(204)* | *(837)* | *(663)* | *(1,682)* | *(165)* | *(1,040)* |
| *Serial Claims Initaitive* | *(18)* | *(7)* | *(3,076)* | *(2,574)* | | *(1)* | *(2)* | *(15)* | *0* | *(5)* | *(2)* |
| *Low Volume Appeals* | *(8)* | *(6)* | *(5,784)* | *(20,817)* | | *0* | *(1)* | *(7)* | *(1)* | *(3)* | *(1)* |
| *Hospital Settlements* | *(769)* | *(7)* | *(278)* | *(2,223)* | *(91,401)* | *0* | *(761)* | *(8)* | *(1)* | *0* | *(1)* |
| *Inpatient Rehab Facility Settlements (non-add) [7]* | *(4,390)* | *(1,326)* | *(6)* | | | *(1)* | *(100)* | *(4,289)* | *(3)* | *(223)* | *(640)* |
| Net Pending Receipt Increase / (Decrease) | (79,200) | (127,254) | (124,681) | (161,485) | (96,847) | (18,192) | (27,706) | (33,302) | (36,029) | (41,703) | (25,120) |
| Ending Workload (pending appeals) | 86,063 | 165,263 | 292,517 | 417,198 | 578,683 | 86,063 | 104,255 | 131,961 | 165,263 | 201,292 | 242,995 |

1/ FY21 Qtr.2 includes the majority of appeals received through March 31, 2021.

2/ Receipts and dispositions have been updated due to appeal adjustments such as combinations, deletions, and/or corrections.

3/ Receipts exclude reopened appeals but include appeals involved in CMS Hospital Settlements.

4/ The number of appeals adjudicated each fiscal year reflects receipts from multiple fiscal years.

5/ Dispositions exclude remands.

6/ OMHA Dispositions reflect appeals removed by all types of adjudicators.

7/ Starting in FY19, Settlement Conference Facilitation *and* Inpatient Rehab Facility Settlement counts are non-adds to avoid double counting (included in OMHA Dispositions at a 1:1 ratio). Both counts reflect appeals closed (vs settled).

8/ FY15 through FY18 reflect changes in methodology to include combined appeals. Discrepancies between Level 2 and Level 3 RAC receipts are largely attributable to these changes in methodology.

9/ Appeals combined for efficiency result in one disposition for a group of combined appeals. This line accounts for the remainder of received appeals that were combined into single appeals within disposition counts.

10/ Initiative dispositions not reflected separately within the table are counted in "OMHA Dispositions" (as 1 disposition if multiple appeals were combined), and "Received appeals combined for efficiency" (remainder of groups of appeals combined for efficient disposition).

11/ OMHA combines appeals to improve the efficiency of our ALJs. FY20 combined appeals count includes 1,013 auto-promoted initiative appeals without a Request for Hearing - deleted in Q4.