UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN HOSPITAL ASSOCIATION, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> XAVIER BECERRA, in his official capacity as ) <br> Secretary of Health and Human Services, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 14-cv-00851 (JEB) |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's 2018 Order (ECF No. 89), the Secretary of Health and Human Services ("HHS") provides this status report to inform the Court that HHS has met the first three reduction targets set in the Court's November 1, 2018 Order and continues to make significant progress in reducing the number of pending appeals at the Office of Medicare Hearing and Appeals ("OMHA"). Attached to this status report as Exhibit 1 are statistics concerning, *inter alia*, the backlog of appeals at OMHA as of the end of the second quarter of fiscal year 2022. *See* Medicare Appeals Dashboard, Exhibit 1. By the end of the second quarter of 2022, a total of 37,373 appeals remain pending at OMHA, which is a reduction of 91% from the starting number of appeals identified in the Court's order (426,594 appeals).

Dated: June 27, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

<div style="display: flex;">
<div>

Of Counsel:
SAMUEL R. BAGENSTOS
General Counsel
JANICE L. HOFFMAN
Associate General Counsel
SUSAN MAXSON LYONS
Deputy Associate General
Counsel for Litigation
KIRSTEN FRIEDEL RODDY
*Attorneys*
United States Department of Health and Human Services

</div>
<div>

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

/s/ Justin M. Sandberg
JUSTIN M. SANDBERG
IL Bar No. 6278377
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-5838
Facsimile: (202) 616-8202
justin.sandberg@usdoj.gov
*Counsel for Defendant*

</div>
</div>