# EXHIBIT 1

# Medicare Appeals Dashboard

### Reporting Period:  Through Quarter 2 of FY 2022 (March 31, 2022)

*(Data in Appeals)*

| Level 3 - OMHA | Fiscal Year | | | | | Most Recent 6 Quarters | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | FY 2022 | | FY 2021 | | | |
| | FY 2022 YTD | FY 2021 | FY 2020 | FY 2019 | FY 2018 | Qtr2 | Qtr1 | Qtr4 | Qtr3 | Qtr2 | Qtr1 |
| Beginning Workload Balance | 60,062 | 165,263 | 292,517 | 417,198 | 578,683 | 52,641 | 60,062 | 86,063 | 104,255 | 131,961 | 165,263 |
| Receipts | 22,341 | 31,400 | 29,729 | 43,887 | 62,762 | 11,894 | 10,447 | 7,930 | 8,083 | 8,172 | 7,215 |
| *RAC* | *1,297* | *1,287* | *1,202* | *485* | *774* | *821* | *476* | *232* | *288* | *400* | *367* |
| *non-RAC* | *21,044* | *30,113* | *28,527* | *43,402* | *61,988* | *11,073* | *9,971* | *7,698* | *7,795* | *7,772* | *6,848* |
| Appeals Removed | (45,678) | (136,601) | (156,983) | (168,568) | (224,247) | (26,966) | (18,712) | (33,931) | (26,275) | (35,878) | (40,517) |
| *OMHA Dispositions* | *(40,705)* | *(117,127)* | *(136,699)* | *(119,848)* | *(92,113)* | *(22,131)* | *(18,574)* | *(23,343)* | *(26,232)* | *(33,402)* | *(34,150)* |
| *RAC* | *(2,609)* | *(14,022)* | *(15,621)* | *(15,708)* | *(24,690)* | *(1,469)* | *(1,140)* | *(2,940)* | *(3,514)* | *(4,294)* | *(3,274)* |
| *non-RAC* | *(38,096)* | *(103,105)* | *(121,078)* | *(104,140)* | *(67,423)* | *(20,662)* | *(17,434)* | *(20,403)* | *(22,718)* | *(29,108)* | *(30,876)* |
| *Settlement Conference Facilitation (non-add) 5* | *(4,168)* | *(13,011)* | *(6,552)* | *(14,021)* | *(57,097)* | *(4,113)* | *(55)* | *(11,064)* | *(62)* | *(307)* | *(1,578)* |
| *Appeals combined for efficiency* | *(4,656)* | *(15,393)* | *(16,721)* | *(25,339)* | *(29,248)* | *(4,618)* | *(38)* | *(10,322)* | *614* | *(14)* | *(5,671)* |
| *QIC demo - remands for resolution* | *(287)* | *(3,281)* | *(3,543)* | *(14,243)* | *(20,175)* | *(187)* | *(100)* | *(261)* | *(656)* | *(1,698)* | *(666)* |
| *Serial Claims Initiative* | *(29)* | *(22)* | *(7)* | *(3,076)* | *(2,574)* | *(29)* | *0* | *(4)* | *(1)* | *(2)* | *(15)* |
| *Low Volume Appeals* | *0* | *(8)* | *(6)* | *(5,784)* | *(20,817)* | *0* | *0* | *0* | *0* | *(1)* | *(7)* |
| *Hospital Settlements* | *(1)* | *(770)* | *(7)* | *(278)* | *(2,223)* | *(1)* | *0* | *(1)* | *0* | *(761)* | *(8)* |
| *Inpatient Rehab Facility Settlements (non-add) 5* | *0* | *(4,390)* | *(1,326)* | *(6)* | | *0* | *0* | *0* | *(1)* | *(100)* | *(4,289)* |
| *WL Adjustment to Beginning Workload 10* | *648* | | | | | *(196)* | *844* | | | | |
| Net Pending Receipt Increase / (Decrease) | (22,689) | (105,201) | (127,254) | (124,681) | (161,485) | (15,268) | (7,421) | (26,001) | (18,192) | (27,706) | (33,302) |
| Ending Workload (pending appeals) | 37,373 | 60,062 | 165,263 | 292,517 | 417,198 | 37,373 | 52,641 | 60,062 | 86,063 | 104,255 | 131,961 |

1/ FY22 Qtr.2 includes the majority of appeals received through March 31, 2022.

2/ Receipts and dispositions have been updated due to appeal adjustments such as combinations, deletions, and/or corrections.

3/ The number of appeals adjudicated each fiscal year reflects receipts from multiple fiscal years.

4/ OMHA Dispositions reflect appeals removed by all types of adjudicators.

5/ Starting in FY19, Settlement Conference Facilitation *and* Inpatient Rehab Facility Settlement counts are non-adds to avoid double counting (included in OMHA Dispositions at a 1:1 ratio).  Both counts reflect appeals closed (vs settled).

6/ FY15 through FY18 reflect changes in methodology to include combined appeals.  Discrepancies between Level 2 and Level 3 RAC receipts are largely attributable to these changes in methodology.

7/ Appeals combined for efficiency result in one disposition for a group of combined appeals.  This line accounts for the remainder of received appeals that were combined into single appeals within disposition counts.

8/ Initiative dispositions not reflected separately within the table are counted in "OMHA Dispositions" (as 1 disposition if multiple appeals were combined), and "Received appeals combined for efficiency" (remainder of groups of appeals combined for efficient disposition).

9/ OMHA combines appeals to improve the efficiency of our ALJs.  FY20 combined appeals count includes 1,013 auto-promoted initiative appeals without a Request for Hearing - deleted in Q4.

10/ *WL Adjustment to Beginning Workload* counts Prior Year appeals that are determined to be invalid during the Current Year [-310].  This adjustment is also reflected in the subsequent "Net Pending Receipt Increase / (Decrease)" subtotal.
FY22 Qtr.1 count also includes an additional adjustment for transition to ECAPE reporting [+958].