# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| AMERICAN HOSPITAL ASSOCIATION, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 14-cv-00851 (JEB) ) |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF WITHDRAWAL

    JUSTIN M. SANDBERG, Senior Trial Counsel, Civil Division, U.S. Department of Justice, hereby withdraws his appearance on behalf of Defendant.

Dated: August 5, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

/s/ Justin M. Sandberg
JUSTIN M. SANDBERG
IL Bar No. 6278377
Senior Trial Counsel
JOEL L. MCELVAIN
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-5838 (Sandberg)

Facsimile: (202) 616-8202
justin.sandberg@usdoj.gov
*Counsel for Defendant*