UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AMERICAN HOSPITAL ASSOCIATION, *et al.*,

    Plaintiffs,

    v.

XAVIER BECERRA, Secretary of Department of Health and Human Services,

    Defendant.

Civil Action No. 14-851 (JEB)

---

## ORDER

On November 1, 2018, this Court issued a separate Memorandum Opinion and Order requiring Defendant Department of Health and Human Services to reduce its Medicare-appeals backlog by certain annual percentages until fully eliminated at the end of FY 2022. See ECF Nos. 89 (Order), 90 (Mem. Op.). Having achieved admirable results in the intervening four years — indeed, with reductions ahead of schedule for the first three fiscal years — HHS now asks the Court, pursuant to Federal Rule of Civil Procedure 60(b)(5), to modify its Order. See ECF No. 110 (Motion to Modify). Specifically, it asks that the Court direct a 96% reduction by the end of FY 2022, a 98% reduction by the end of the second quarter of FY 2023, and, assuming successful completion, a termination of supervision. Id. at 2. Although Plaintiffs agree with the first two modifications, they ask the Court to require a complete backlog elimination by the end of the third quarter of FY 2023 and enhanced reporting in the interim. See ECF No. 111 (Pl. Opp.) at 22–23.

1

The Court believes that the prudent course here is to adopt the parties' joint proposal regarding reductions by the end of the second quarter of FY 2023 — as the end of FY 2022 has now come and gone — and then to reassess at that time what next steps, if any, are appropriate. It will not require additional reporting in the interim, but the more statistical information that can be included in the ensuing status report — *e.g.*, along the lines of what Plaintiffs suggest, id. at 23 — the better informed the Court will be at that point. It may also then require supplemental briefing depending on the parties' positions.

The Court, accordingly, ORDERS that:

1. The Motion to Modify is GRANTED IN PART and DENIED IN PART;

2. The Court's November 1, 2018, Order is MODIFIED such that HHS shall reduce the prior pending backlog by 98% by the end of the second quarter of FY 2023; and

3. No further Status Report shall be required until April 7, 2023, at which time the parties shall submit a Joint Status Report setting forth the backlog-reduction percentage as of March 30, 2023, any further statistical information they wish to include, and a brief summary of their positions on how the Court should proceed. This may include references to or incorporation of the briefs filed in connection with the current Motion.

/s/ James E. Boasberg
JAMES E. BOASBERG
United States District Judge

Date: October 26, 2022